

Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

October 23, 2020

**VIA ECF**

Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 701
New York, New York 10007

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

10/26/2020

Re: *Anthony Ayiomamitis v. Conde Nast International Inc.*,
    **Civil Action No. 20-06471 (LJL)**

Dear Judge Liman:

This Firm represents Defendant Conde Nast International Inc. d/b/a Ars Technica in the above-referenced matter.

We write on behalf of all Parties to respectfully request that the October 30, 2020 Rule 16 conference be adjourned for a period of two weeks, so that the Parties can engage in settlement negotiations. The Parties have further conferred and agreed to hold all interim deadlines (including the date by which Defendant must respond to Plaintiff's Amended Complaint and the submission of the Joint Discovery Plan) in abeyance, so the Parties can focus their resources on a resolution. The Parties believe that a two-week adjournment would be sufficient time to see if a resolution can be reached. This is the Parties' first request for an adjournment of the October 30 Scheduling Conference.

If this joint request meets with Your Honor's approval, we respectfully request that the Court grant the Parties' request to adjourn the October 30 Scheduling Conference and hold all interim deadlines in abeyance. We thank the Court for its consideration of this submission. Should Your Honor have any questions, we are available at the Court's convenience.

Respectfully submitted,

s/ Justin T. Quinn
Justin T. Quinn

cc: All counsel of record (via ECF)