```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                    :
ANTHONY AYIOMAMITIS,                                :
                                                    :
                        Plaintiff,                  :
                                                    :    20-cv-6471 (LJL)
        -v-                                         :
                                                    :    ORDER
CONDÉ NAST INTERNATIONAL, INC., a Delaware          :
Corporation, d/b/a "Ars Technica"; and DOES 1-10,   :
                                                    :
                        Defendants.                 :
                                                    X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      The initial pre-trial conference previously set for October 30, 2020 is adjourned to November 13, 2020 at 4:00 p.m. The parties are directed to call (888) 251-2909 and use access code 2123101. The Clerk of the Court is respectfully directed to close the motion pending at Dkt. No. 16.

      SO ORDERED.

Dated: October 26, 2020
       New York, New York
                                            LEWIS J. LIMAN
                                         United States District Judge